UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAWONA ADAMS, | CASE NO. C17-1017MJP |
| Plaintiff, | ORDER EXTENDING INITIAL SCHEDULING DATES |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the parties' Stipulated Motion and for good cause, IT IS HEREBY ORDERED that the initial scheduling dates set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 11) shall be extended as follows:

The deadline for the FRCP 26(f) Conference shall be extended from October 2, 2017, to November 13, 2017;

The deadline for filing Initial Disclosures shall be extended from October 10, 2017 to November 21, 2017; and

1     The deadline for filing the Combined Joint Status Report and Discovery Plan shall be
2 extended from October 16, 2017 to November 28, 2017.

4     The clerk is ordered to provide copies of this order to all counsel.

5 Dated September 26, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge