THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAWONA ADAMS, an individual,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign insurance company,

    Defendant.

Case No. 2:17-cv-01017-MJP

STIPULATION AND ORDER OF DISMISSAL

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Plaintiff's claims against Defendant in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description. The parties stipulate to entry of the subjoined order without further notice of presentation to any party.

DATED: November 14, 2017

| OLIVE | BEARB LAW GROUP PLLC | LANE POWELL PC |
|---|---|

By *s/Kyle C. Olive per e-mail authorization*
    Kyle C. Olive, WSBA No. 35552
    Timothy A. Bearb, WSBA No. 39300
Attorneys for Plaintiff

By *s/D. Michael Reilly*
    D. Michael Reilly, WSBA No. 14674
    Stephania Denton, WSBA No. 21920
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - 1
No. 2:17-cv-01017-MJP

120192.0165/7132398.1

# **ORDER**

The parties having stipulated that Plaintiff's claims against Defendant in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED: November 21, 2017

Marsha J. Pechman
United States District Judge

Presented by:

LANE POWELL PC

By *s/D. Michael Reilly*
   D. Michael Reilly, WSBA No. 14674
   Stephania Denton, WSBA No. 21920
Attorneys for Defendant

OLIVE | BEARB LAW GROUP PLLC

By *s/Kyle C. Olive per e-mail authorization*
   Kyle C. Olive, WSBA No. 35552
   Timothy A. Bearb, WSBA No. 39300
   Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2
No. 2:17-cv-01017-MJP

120192.0165/7132398.1